THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON DOHERTY,<br><br>        Defendant. | CASE NO. CR19-0232-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a Final Order of Forfeiture for the following property:

1. Approximately $6,600.00 in U.S. currency seized on or about February 1, 2019; and
2. Approximately $20,944.01 in U.S. currency seized on or about February 1, 2019.

The Court, having reviewed the Government's motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 21, 2020, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. No. 72);

ORDER
CR19-0232-JCC
PAGE - 1

- Thereafter, the Government published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (Dkt. No. 81), and provided direct notice to a potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), (*see* Dkt. No. 123-1); and,

- The time for filing third-party claims has expired, and none were filed.

Accordingly, the Court now ORDERS the following:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

DATED this 29th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0232-JCC
PAGE - 2