The Honorable John C. Coughnour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DOHERTY,<br><br>Defendant. | No. CR19-232-JCC-3<br><br>[~~Proposed~~]<br>ORDER TO EXTEND TIME TO FILE A RESPONSE AND RENOTE MOTION |

The Court, having considered the agreed motion **(Dkt No 198)** and other facts apparent from the record, grants the request for an extension to extend briefing schedule.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion for Early Termination of Supervision **(Dkt. No. 197)** is extended to no later than August 13, 2024, and the Defendant's Motion is re-noted for August 19, 2024.

DATED this 29th day of July 2024.

*/s/ John C. Coughenour*

_____
HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Order to Extend - 1
*United States v. Doherty*, CR19-232JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970