THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DOHERTY,<br><br>Defendant. | CASE NO. CR19-0232-JCC-3<br><br>ORDER |

This matter comes before the Court on Defendant's motion for early termination of supervised release (Dkt. No. 197). Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant pleaded guilty to Possession of Heroin, Methamphetamine and Cocaine with Intent to Distribute and to Possession of Methamphetamine with Intent to Distribute. (*See* Dkt. Nos. 49, 51, 52, 53.)  The Court sentenced him to 72 months of imprisonment, followed by four years of supervised release. (Dkt. No. 120.) After completing his prison sentence on January 17, 2023, Defendant began his term of supervised release which is set to expire January 16, 2027. (Dkt. No. 200.) Defendant now moves for early termination of supervised release, citing his compliance with the conditions of supervision, stable housing, elder care responsibilities, and consistent work history. (*See generally* Dkt. No. 197). The United States Pretrial Services and Probation Department supports early termination, (*see generally* Dkt. No. 200), and the

Government indicates that it does not oppose early termination, (*see generally* Dkt. No. 201).

The Court may terminate a term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In deciding whether early termination is appropriate, the Court must consider several factors, including the nature and circumstances of the offense, the history and characteristics of the defendant, the need to deter criminal conduct, the need to protect the public from further crimes, and the need to avoid disparity among similarly situated defendants. 18 U.S.C. § 3583(e) (citing to factors listed by 18 U.S.C. § 3553(a)); *United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014). Given Defendant's performance on supervision, along with other considerations as outlined in his motion, the Court finds that early termination of supervised release would be in the interest of justice in this instance.

Accordingly, Defendant's motion for early termination of supervised release (Dkt. No. 197) is GRANTED.

DATED this 31st day of July 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE